**DOCKET NUMBER:** CR 20-CR-0068 (BMC)

**CRIMINAL CAUSE FOR STATUS CONFERENCE BY TELEPHONE**

**Date Received By Docket Clerk:** _____   **Docket Clerk Initials:**
**BEFORE JUDGE:** James Orenstein, USMJ   **DATE:** 3/12/2020   **TIME IN COURT** __HRS  15  MINS
**DEFENDANT'S NAME:** Rasedur Raihan   **DEFENDANT'S #:** 1

- ■ Present    ☐ Not Present    ☐ Custody    ■ Not Custody

**DEFENSE COUNSEL:** Leticia M. Olivera

- ■ Federal Defender    ☐ CJA    ☐ Retained

**A.U.S.A.:** Michael Bushwack   **PRETRIAL/PROBATION OFFICER:**
**CASE MANAGER OR MAGISTRATE CLERICAL:** Kelly Almonte
**COURT REPORTER: OR ESR OPERATOR:** _____   **TAPE LOG:** _____
**INTERPRETER:** None   **LANGUAGE:** N/A

- ☐ Arraignment
- ☐ Change of Plea Hearing (~*Util-Plea Entered*)
- ☐ In Chambers Conference
- ☐ Pre Trial Conference
- ☐ Initial Appearance
- ☐ Status Conference
- ☐ Telephone Conference
- ☐ Revocation of Probation non contested
- ☐ Revocation of Probation contested
- ☐ Sentencing non-evidentiary
- ☐ Sentencing Contested
- ☐ Revocation of Supervised Release evidentiary
- ☐ Revocation of Supervised Release non-evidentiary
- ☐ Voir Dire Begun    ☐ Voir Dire Held    ☐ Jury selection    ☐ Jury trial
- ☐ Jury Trial Death Penalty    ☐ Sentence enhancement Phase    ☐ Bench Trial Begun
- ☐ Bench Trial Held    ☐ Bench Trial Completed    ☐ Motion Hearing Non Evidentiary
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING

**UTILITIES**
- ☐ ~Util-Plea Entered    ☐ ~Util-Add terminate Attorneys    ☐ ~Util-Bond Set/Reset
- ☐ ~Util-Exparte Matter    ☐ ~Util-Indictment Un Sealed    ☐ ~Util-Information Unsealed
- ☐ ~Util-Set/Reset Deadlines    ☐ ~Util-Set/Reset Deadlines/Hearings
- ☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings    ☐ ~Util-Terminate Motions
- ☐ ~Util-Terminate Parties
- ☐ ~Util-Set/Reset Hearings

**Speedy Trial Exclusion Start Date:** 3/12/20    **Speedy Trial Stop Date:** 4/21/20    **CODE TYPE:**

**Do these minutes contain ruling(s) on motion(s)?** ■ YES    ☐ NO

**TEXT:** The defendant's counsel is reviewing discovery in order to promote plea negotiations. I will therefore exclude time under the Speedy Trial Act in the interest of justice until the next telephone conference on April 21, 2020, at 11:00 a.m. At the next conference I will set a schedule for motions or, if none, and if no disposition is anticipated, return the case to Judge Cogan to set a trial date. For the reasons set forth on the record, I denied the government's motion to remand the defendant to custody.