Violation of Pretrial Release

# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE **Bloom**  DATE: **3/13/20**

DOCKET NUMBER: **20 CR 68 (BMC)**  LOG #: **4:30 – 4:41**

DEFENDANT'S NAME: **Rasedur Raihan**

✓ Present  ___ Not Present  ___ Custody  ✓ Bail

DEFENSE COUNSEL: ~~Michael Weil~~ **Leticia Olivera**

✓ Federal Defender  ___ CJA  ___ Retained

A.U.S.A: **Frank Cavanagh** ~~Matthew Haggans~~  CLERK: **Lewis Hugh**

INTERPRETER: _____ (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.  ___ Defendant's first appearance.

___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: **PTS Ignace Sanon-Jules and Laura Fahmy present. Bond revoked, Order of detention entered.**