**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

May 18, 2020

**BY ECF and E-Mail**
The Honorable James Orenstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Rasedur Raihan, 20-cr-00068-BMC-JO

Dear Judge Orenstein:

    We write to request that the conditions of Mr. Raihan's bond be modified to permit him to live at a different address with a new third party custodian. The conditions of Mr. Raihan's bond entered on April 21, 2020 require him to live with his uncle, who would also serve as third party custodian. Mr. Raihan's uncle and his wife have decided they are no longer willing to allow Mr. Raihan to live in their home.

    Pretrial Services and the government are aware that, in the absence of any other available residence, Mr. Raihan is temporarily residing with a friend in Jamaica, Queens. We have advised all parties of our intent to ask that the bond be modified to allow Mr. Raihan to remain at this address, with the current resident as third party custodian.

    We ask that this issue be addressed at our upcoming status conference on May 21, 2020.

Respectfully submitted,

*/s/*
Leticia M. Olivera
Attorney for Rasedur Raihan
Federal Defenders of New York, Inc.

cc:    Michael Bushwack, Assistant U.S. Attorney
        Laura Fahmy and Ignace Sanon-Jules, Pretrial Services