

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK:MJB
F. #2019R01366

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 26, 2020

By ECF

The Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Rasedur Raihan
                 Criminal Docket No. 20-68 (BMC)

Dear Judge Cogan:

      In advance of the status conference scheduled for June 30, 2020 in the above-captioned matter, the government provides the following update. At the conclusion of a bail modification hearing on June 8, 2020, the Honorable James Orenstein revoked Mr. Raihan's bond and ordered the defendant to surrender to the United States Marshals Service ("USMS") by 5:00 p.m. that same day. (ECF Dkt. No. 42). Judge Orenstein noted that the defendant had "repeatedly violated conditions of release," and that the Court "cannot find that he will comply with any conditions or combination of conditions." (ECF Dkt. No. 43).

      The defendant did not surrender to the USMS as ordered, and Judge Orenstein issued an arrest warrant (ECF Dkt. No. 44) after being advised by the government that the defendant's electronic location monitoring bracelet traveled to LaGuardia International Airport in Queens, New York, where the bracelet was ultimately tampered with and removed.

As of this filing, the defendant remains a fugitive, having not surrendered to the USMS nor been apprehended by law enforcement. Given the defendant's fugitive status, the government respectfully proposes that the status conference scheduled for June 30, 2020 be cancelled or adjourned to a date and time this Court deems appropriate.

                                    Respectfully submitted,

                                    RICHARD P. DONOGHUE  
                                  United States Attorney

By:    /s/_____  
        Michael J. Bushwack  
        Assistant U.S. Attorney  
        (718) 254-6454

cc:      Clerk of Court (BMC) (via ECF)  
          Leticia Olivera, Esq. (attorney for defendant)